**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 07-po-07009-MEH-01

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

CHERYL BEHR,

        Defendant.

---

ORDER FOR DEFENDANT'S REINSTATEMENT TO
A RESIDENTIAL REENTRY CENTER

---

IT IS ORDERED that Defendant, CHERYL BEHR, is to be reinstated to a Residential Reentry Center for the remaining eighty-seven (87) days of her original 180-day modification of condition of supervision.

DATED at Denver, Colorado, this 1st day of December, 2008.

                      BY THE COURT:

                      *s/Craig B. Shaffer*
                      Craig B. Shaffer
                      United States Magistrate Judge